**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

WILLIAM FLEMMING
v. Chicago Police Officers TAMLO (star 14977), PILGRIM (star 14264) and The City of Chicago

Case Number:

```
FILED: AUGUST 14, 2008
08CV4618
JUDGE BUCKLO
MAGISTRATE JUDGE COLE
```

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
TC

WILLIAM FLEMMING

| | |
|---|---|
| NAME (Type or print) <br> JON F ERICKSON | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ JON F. ERICKSON | |
| FIRM <br> CIVIL RIGHTS CENTER, P.C. | |
| STREET ADDRESS <br> 4554 N. BROADWAY ST. SUITE 325 | |
| CITY/STATE/ZIP <br> CHICAGO, ILLINOIS 60640 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6205277 | TELEPHONE NUMBER <br> 773-907-0940 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☑     APPOINTED COUNSEL ☐ | |