**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>WILLIAM FLEMMING<br>v. Chicago Police Officers TAMLO (star 14977), PILGRIM (star 14264) and The City of Chicago | Case Number.<br>FILED: AUGUST 14, 2008<br>08CV4618<br>JUDGE BUCKLO<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: TC

WILLIAM FLEMMING

| |
|---|
| NAME (Type or print)<br>MICHAEL D. OPPENHEIMER |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ MICHAEL D. OPPENHEIMER |
| FIRM<br>CIVIL RIGHTS CENTER, P.C. |
| STREET ADDRESS<br>4554 N. BROADWAY ST. SUITE 325 |
| CITY/STATE/ZIP<br>CHICAGO, ILLINOIS 60640 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6202614 | TELEPHONE NUMBER<br>773-907-0940 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☑    APPOINTED COUNSEL ☐